NO. _____                      GALLATIN COUNTY CIRCUIT COURT
                                          DIVISION _____
                                          JUDGE _____


**LILLIAN ADAMS**                                              **PLAINTIFF**


v.                        <u>**COMPLAINT**</u>


**LOVE'S TRAVEL STOPS & COUNTRY**                    **DEFENDANTS**
**STORES, INC.**
10601 N. Pennsylvania Avenue
Oklahoma City, OK 73120

**Serve:** CT Corporation System
        306 W. Main St.
        Suite 512
        Frankfort, KY  40601

and

**SUBWAY WORLDWIDE, INC.**
325 Sub Way
Milford, CT  06461

**Serve:** Corporation Service Company
        421 West Main Street
        Frankfort, KY  40601

and

**SUBWAY WORLDWIDE HOLDINGS, LLC.**
325 Sub Way
Milford, CT  06461

**Serve:** Corporation Service Company
        421 West Main Street
        Frankfort, KY  40601

and

**FOLDCRAFT Co. d/b/a PLYMOLD**
14400 Southcross Drive West
Burnsville, MN 55306

1

Filed 19-CI-00060 05/12/2019 Tammy Trimble, Gallatin Circuit Clerk NOT ORIGINAL DOCUMENT
06/10/2019 02:17:55 PM
25850-19

**Serve:** Office of the Secretary of State
Summons Branch
700 Capital Ave., Ste. 86
Frankfort, KY 40601

\*     \*     \*     \*     \*

Comes the Plaintiff, Lillian Adams, by and through undersigned counsel, and for her

cause of action against Love's Travel Stops & Country Stores, Inc. (hereinafter "Love's"),

Subway Worldwide, Inc. (hereinafter "Subway Worldwide"), Subway Worldwide Holdings,

LLC (hereinafter "Subway Holdings"), and Foldcraft Co. d/b/a Plymold (hereinafter

"Foldcraft"), and hereby states as follows:

## PARTIES

1.      The incident giving rise to this action occurred in Sparta, Gallatin County,

Kentucky.

2.      At all times relevant hereto, the Plaintiff, Lillian Adams, resided in Madison,

Jefferson County, Indiana.

3.      At all times relevant hereto, Love's owned, operated, managed, maintained and/or

supervised a Love's store and/or Subway restaurant at or around 499 Loves Drive, Sparta,

Kentucky 41083 and/or 976 KY-1039, Sanders, KY 41803.

4.      At all times relevant hereto, Love's is a foreign corporation with its principal

office located at 10601 N. Pennsylvania Avenue, Oklahoma City, OK 73120 and with a

Registered Agent in Kentucky at CT Corporation System, 306 W. Main Street, Suite 512,

Frankfort, KY 40601. Defendant Love's has the required minimum contacts in Gallatin

County, Kentucky, to be subject to the jurisdiction of this Court.

Presiding Judge: HON. RICHARD A. BRUEGGEMANN (654349)

COM : 000002 of 000007

2

Filed         19-CI-00060      05/12/2019      Tammy Trimble, Gallatin Circuit Clerk      NOT ORIGINAL DOCUMENT
06/10/2019 02:17:55 PM
25850-19

5.      At all times relevant hereto, Defendant Subway Worldwide owned, operated, managed, maintained and/or supervised a Subway restaurant at or around 499 Loves Drive, Sparta, Kentucky 41083 and/or 976 KY-1039, Sanders, KY 41803.

6.      At all times relevant hereto, Defendant Subway Worldwide is a foreign corporation with its principal office located at 325 Sub Way, Milford, CT 06461 and with a Registered Agent in Kentucky at Corporation Service Company, 421 West Main Street, Frankfort, KY 40601. Defendant Subway Worldwide has the required minimum contacts in Gallatin County, Kentucky, to be subject to the jurisdiction of this Court.

7.      At all times relevant hereto, Defendant Subway Holdings owned, operated, managed, maintained and/or supervised a Subway restaurant at or around 499 Loves Drive, Sparta, Kentucky 41083 and/or 976 KY-1039, Sanders, KY 41803.

8.      At all times relevant hereto, Defendant Subway Holdings is a foreign corporation with its principal office located at 325 Sub Way, Milford, CT 06461 and with a Registered Agent in Kentucky at Corporation Service Company, located at 421 West Main Street, Frankfort, KY 40601. Defendant Subway Holdings has the required minimum contacts in Gallatin County, Kentucky, to be subject to the jurisdiction of this Court.

9.      At all times relevant hereto, Defendant Foldcraft was in the business of designing, manufacturing, constructing, assembling, inspecting, and selling various types of commercial seating devices, including restaurant chairs, which are supplied to and purchased by the other defendants.

10.     At all times relevant hereto, Defendant Foldcraft is a foreign corporation with its principal office located at 14400 Southcross Drive West, Burnsville, MN 55306. Defendant Foldcraft is a Minnesota corporation, not registered to do business in Kentucky, and must be

Presiding Judge: HON. RICHARD A. BRUEGGEMANN (654349)

COM : 000003 of 000007

Filed         19-CI-00060      05/12/2019      Tammy Trimble, Gallatin Circuit Clerk

Case: 2:19-cv-00079-DLB-CJS   Doc #: 1-2   Filed: 06/11/19   Page: 4 of 22 - Page ID#: 9

served via the Kentucky Secretary of State. Defendant Foldcraft has the required minimum

contacts in Gallatin County, Kentucky, to be subject to the jurisdiction of this court.

## JURISDICTION AND VENUE

11.    Plaintiff incorporates by reference, as if set forth fully herein, each and every

averment, allegation and statement contained in all previous paragraphs of this Complaint.

12.    Plaintiff's claims fall within the subject-matter jurisdiction of this Court.

13.    Plaintiff's claims for damages fall within the jurisdictional minimum of this

Court.

14.    Venue is proper because the events giving rise to this action took place in Gallatin

County, Kentucky.

## FACTS

15.    Plaintiff incorporates by reference, as if set forth fully herein, each and every

averment, allegation and statement contained in all previous paragraphs of this Complaint.

16.    On or about May 14, 2018, Plaintiff was seated in a chair that was manufactured

by Foldcraft, and was owned and controlled by Defendants Love's, Subway Worldwide, and

Subway Holdings when the chair collapsed beneath the Plaintiff.

17.    The Plaintiff fell to the floor, landing on her legs and buttocks, fracturing her

coccyx and sacrum, bruising her leg, suffering a sciatica injury, and incurring a number of

other injuries.

Presiding Judge: HON. RICHARD A. BRUEGGEMANN (654349)

COM : 000004 of 000007

# CLAIMS

## NEGLIGENCE

18.     Plaintiff incorporates by reference, as if set forth fully herein, each and every averment, allegation and statement contained in all previous paragraphs of this Complaint.

19.     Defendants Love's, Subway Worldwide, and Subway Holdings, by and through their agents, ostensible agents, servants, employees, and/or representatives, had a duty to maintain and keep the premises safe for the use of individuals legally coming upon same, along with warning its invitees of all known dangerous conditions. Defendants had a duty to maintain the premises in a safe and reasonable manner.

20.     Plaintiff was an invitee to the premises.

21.     Defendants Love's, Subway Worldwide, and Subway Holdings breached their duty to the Plaintiff by failing to maintain, keep safe, and warn the Plaintiff of the dangerous condition that led to the Plaintiff's injury.

22.     The Plaintiff would not have suffered her injury but for the negligence of the Defendants.

23.     As a direct and proximate result of the negligent acts and/or omissions of the Defendants and its agents, the Plaintiff was caused to incur medical expenses both past and future, physical and mental pain and suffering both past and future, increased risk of harm, mental anguish and lost enjoyment of life.

24.     The Plaintiff's damages are in excess of the minimum dollar amount necessary to invoke the jurisdiction of this Court.

Presiding Judge: HON. RICHARD A. BRUEGGEMANN (654349)

COM : 000005 of 000007

Filed 19-CI-00060 05/12/2019 Tammy Trimble, Gallatin Circuit Clerk NOT ORIGINAL DOCUMENT
06/10/2019 02:17:55 PM
25850-19

Case: 2:19-cv-00079-DLB-CJS Doc #: 1-2 Filed: 06/11/19 Page: 6 of 22 - Page ID#: 11

## MANUFACTURE PRODUCT LIABILITY

25.    Plaintiff incorporates by reference, as if set forth fully herein, each and every averment, allegation and statement contained in all previous paragraphs of this Complaint.

26.    Defendant Foldcraft is now and at all times relevant hereto was in the business of inspecting, manufacturing, constructing, assembling, and selling various types of commercial restaurant seating and tables, including chairs.

27.    Defendants Love's, Subway Worldwide, and Subway Holdings are a customer of Defendant Foldcraft and purchases chairs from Defendant Foldcraft for use across the country.

28.    Defendants Love's, Subway Worldwide, and Subway Holdings employed Defendant Foldcraft's chairs on the premises.

29.    At all times relevant hereto, Defendant Foldcraft negligently and carelessly manufactured, constructed, assembled, inspected, and sold the chairs that are employed by Defendants Love's, Subway Worldwide, and Subway Holdings.

30.    At all times relevant hereto, Defendant Foldcraft so negligently and carelessly manufactured, constructed, assembled, inspected, and sold the chairs that were dangerous and unsafe for its intended use.

31.    The Plaintiff suffered the harm herein as a proximate result of the negligence and carelessness of Defendant Foldcraft.

32.    As a direct and proximate result of the negligent acts and/or omissions of the Defendants and its agents, the Plaintiff was caused to incur medical expenses both past and future, physical and mental pain and suffering both past and future, increased risk of harm, mental anguish and lost enjoyment of life.

Presiding Judge: HON. RICHARD A. BRUEGGEMANN (654349)

COM : 000006 of 000007

33.    The Plaintiff's damages are in excess of the minimum dollar amount necessary to invoke the jurisdiction of this Court.

**WHEREFORE**, the Plaintiff, by and through undersigned counsel, respectfully demands judgment against the Defendants as follows:

1.    For an amount of compensatory damages that is fair and reasonable as established by the evidence;

2.    For prejudgment interest from the date of injury until such time as judgment is paid;

3.    For her costs herein expended; and

4.    For any and all other relief to which she may be entitled.

Respectfully Submitted,

**/s/ Kevin Pride**
Kevin Pride
Pride Law Office, PLLC
119 South 7th Street, Suite 400
Louisville, KY  40202
Phone: (502) 587-6499
Fax: (502) 632-4313
Kevin@pridelawoffice.com
*Attorney for Plaintiff Lillian Adams*

Presiding Judge: HON. RICHARD A. BRUEGGEMANN (654349)

COM : 000007 of 000007

COMMONWEALTH OF KENTUCKY
GALLATIN CIRCUIT COURT
CASE NO. 19-CI-00060

LILLIAN ADAMS                                                    PLAINTIFF

v.                              **ANSWER**

LOVE'S TRAVEL STOPS & COUNTRY STORES, INC.,
SUBWAY WORLDWIDE, INC., SUBWAY WORLDWIDE
HOLDINGS, LLC and FOLDCRAFT CO D/B/A PLYMOLD,                    DEFENDANT

\* \* \* \* \*

Come Defendants Love's Travel Stops & Country Stores, Inc., Subway Worldwide, Inc.
and Subway Worldwide Holdings, LLC (hereinafter "Love's"), by counsel, and for their Answer
to Plaintiff's Complaint filed herein, states as follows:

1.      Love's admits the allegations of Complaint Paragraph 1.

2.      Love's is without knowledge or information sufficient to form a belief as to the
truth of the allegations of Complaint Paragraph 2, and therefore denies same.

3.      Love's admits the allegations of Complaint Paragraph 3.

4.      Love's admits the allegations of Complaint Paragraph 4 to the extent it alleges
Love's principal office and registered agent.  Love's states that the remaining allegations of
Complaint Paragraph 4 seeks a legal conclusion which Love's is not qualified to provide, and
therefore no response is required.  To the extent a response is deemed required, Love's is without
knowledge or information sufficient to form a belief as to the truth of the remaining allegations
of Complaint Paragraph 4, and therefore denies same.

5.      Love's denies the allegations of Complaint Paragraph 5.

6.      Love's admits the allegations of Complaint Paragraph 6 to the extent it alleges
Subway Worldwide's principal office and registered agent.  Love's states that the remaining

Filed          19-CI-00060     06/05/2019     Tammy Trimble, Gallatin Circuit Clerk     NOT ORIGINAL DOCUMENT
06/10/2019 02:18:21 PM
25850-19

allegations of Complaint Paragraph 6 seeks a legal conclusion which Love's is not qualified to provide, and therefore no response is required.  To the extent a response is deemed required, Love's is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Complaint Paragraph 6, and therefore denies same

7.     Love's denies the allegations of Complaint Paragraph 7.

8.     Love's admits the allegations of Complaint Paragraph 8 to the extent it alleges Subway Holdings' principal office and registered agent.  Love's states that the remaining allegations of Complaint Paragraph 8 seeks a legal conclusion which Love's is not qualified to provide, and therefore no response is required.  To the extent a response is deemed required, Love's is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Complaint Paragraph 8, and therefore denies same.

9.     Love's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Complaint Paragraph 9, and therefore denies same

10.    Love's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Complaint Paragraph 10, and therefore denies same

## JURISDICTION AND VENUE

11.    Love's repeats and incorporates by reference its responses to Paragraphs 1 through 10 above as if fully set forth herein.

12.    Love's states that the allegations of Complaint Paragraph 12 seek legal conclusions which Love's is not qualified to provide, and therefore no response is required.  To the extent a response is deemed required, Love's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Complaint Paragraph 12, and therefore denies same.

ANS : 000002 of 000008

Filed          19-CI-00060     06/05/2019     Tammy Trimble, Gallatin Circuit Clerk

Filed          19-CI-00060     06/05/2019          Tammy Trimble, Gallatin Circuit Clerk          NOT ORIGINAL DOCUMENT
06/10/2019 02:18:21 PM
25850-19

Case: 2:19-cv-00079-DLB-CJS   Doc #: 1-2   Filed: 06/11/19   Page: 10 of 22 - Page ID#: 15

13.     Love's states that the allegations of Complaint Paragraph 13 seek legal conclusions which Love's is not qualified to provide, and therefore no response is required.  To the extent a response is deemed required, Love's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Complaint Paragraph 13, and therefore denies same.

14.     Love's states that the allegations of Complaint Paragraph 14 seek legal conclusions which Love's is not qualified to provide, and therefore no response is required.  To the extent a response is deemed required, Love's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Complaint Paragraph 14, and therefore denies same.

## FACTS

15.     Love's repeats and incorporates by reference its responses to Paragraphs 1 through 15 above as if fully set forth herein.

16.     Love's denies the allegations of Complaint Paragraph 16.

17.     Love's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Complaint Paragraph 17, and therefore denies same.

## CLAIMS

### NEGLIGENCE

18.     Love's repeats and incorporates by reference its responses to Paragraphs 1 through 17 above as if fully set forth herein.

19.     Love's states that the allegations of Complaint Paragraph 19 seek legal conclusions which Love's is not qualified to provide, and therefore no response is required.  To the extent a response is deemed required, Love's is without knowledge or information sufficient

ANS : 000003 of 000008

to form a belief as to the truth of the allegations of Complaint Paragraph 19, and therefore denies same.

20.     Love's states that the allegations of Complaint Paragraph 20 seek legal conclusions which Love's is not qualified to provide, and therefore no response is required.  To the extent a response is deemed required, Love's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Complaint Paragraph 20, and therefore denies same.

21.     Love's denies the allegations of Complaint Paragraph 21.

22.     Love's denies the allegations of Complaint Paragraph 22.

23.     Love's denies the allegations of Complaint Paragraph 23.

24.     Love's states that the allegations of Complaint Paragraph 24 seek legal conclusions which Love's is not qualified to provide, and therefore no response is required.  To the extent a response is deemed required, Love's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Complaint Paragraph 24, and therefore denies same.

## MANUFACTURE PRODUCT LIABILITY

25.     Love's repeats and incorporates by reference its responses to Paragraphs 1 through 24 above as if fully set forth herein.

26.     Love's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Complaint Paragraph 26, and therefore denies same.

27.     Love's denies the allegations of Complaint Paragraph 27.

28.     Love's denies the allegations of Complaint Paragraph 28.

4

Filed          19-CI-00060    06/05/2019          Tammy Trimble, Gallatin Circuit Clerk    NOT ORIGINAL DOCUMENT
                                                                    06/10/2019 02:18:21 PM
                                                                    25850-19

29.     Love's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Complaint Paragraph 29, and therefore denies same.

30.     Love's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Complaint Paragraph 30, and therefore denies same.

31.     Love's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Complaint Paragraph 31, and therefore denies same.

32.     Love's denies the allegations of Complaint Paragraph 32.

33.     Love's states that the allegations of Complaint Paragraph 33 seek legal conclusions which Love's is not qualified to provide, and therefore no response is required.  To the extent a response is deemed required, Love's is without knowledge or information sufficient to form a belief as to the truth of the allegations of Complaint Paragraph 33, and therefore denies same.

## **AFFIRMATIVE DEFENSES**

34.     Love's states and alleges that each and every allegation contained in Plaintiff's Complaint not specifically admitted herein is expressly denied.  Love's specifically denies any allegation of those Paragraphs to the extent they allege that Love's is liable to Plaintiff for any alleged damages.

35.     Love's affirmatively states and alleges that Plaintiff's Complaint fails to state a claim upon which relief may be granted.

36.     Love's affirmatively states and alleges that its conduct did not cause, proximately cause, solely cause or solely proximately cause the injuries and/or damages claimed by Plaintiff, if any.

ANS : 000005 of 000008

5

Filed          19-CI-00060      06/05/2019          Tammy Trimble, Gallatin Circuit Clerk      NOT ORIGINAL DOCUMENT
                                                                                06/10/2019 02:18:21 PM
                                                                                          25850-19

37.     Love's affirmatively states and alleges that Plaintiff's alleged damages, if any, may have been caused, in whole or in part, by the aforementioned negligence of third parties over which Love's had no control and for which Love's is not liable.  Love's is entitled to indemnity, contribution, offset, apportionment or dismissal as a result of said negligence.

38.     Love's affirmatively states and alleges that Plaintiff's alleged damages, if any, may have been caused, in whole or in part, by Plaintiff's own conduct, over which Love's had no control and for which Love's is not liable; as such, Love's' alleged negligence, if proved, must be apportioned based upon Plaintiff's comparative fault.

39.     Love's affirmatively states and alleges that Plaintiff's damages, if any, were directly and proximately caused by Plaintiff's failure to mitigate said damages.

40.     Love's affirmatively states and alleges that Plaintiff's Complaint is barred for lack of jurisdiction, venue and insufficiency of service of process.

41.     Love's affirmatively states and alleges that Plaintiff's Complaint is barred, in whole or in part, by the applicable statute of limitations or repose.

42.     Love's affirmatively states and alleges that Plaintiff's Complaint is barred, in whole or in part, by the doctrine of laches, waiver and estoppel.

43.     Love's affirmatively states and alleges that Plaintiff's Complaint is barred, in whole or in part, by any and all other affirmative defenses set forth by law.

44.     Any allegation of Plaintiff's Complaint not specifically admitted herein is denied. Love's affirmatively states and alleges that the claims of the Plaintiff may be barred by additional defenses that may arise during the course of this litigation, which Love's hereby expressly preserves the right to assert.

ANS : 000006 of 000008

Filed          19-CI-00060      06/05/2019          Tammy Trimble, Gallatin Circuit Clerk

Filed 19-CI-00060 06/05/2019 Tammy Trimble, Gallatin Circuit Clerk NOT ORIGINAL DOCUMENT
06/10/2019 02:18:21 PM
25850-19

WHEREFORE, having answered Plaintiff's Complaint in full, Love's demands as follows:

1.      That Plaintiff's Complaint be dismissed in its entirety with prejudice as to Love's Travel Stops & Country Stores, Inc., Subway Worldwide, Inc. and Subway Worldwide Holdings, LLC;

2.      That judgment be entered for Love's Travel Stops & Country Stores, Inc., Subway Worldwide, Inc. and Subway Worldwide Holdings, LLC in an amount equal to their costs expended, and including a reasonable amount for their attorneys; and

3.      Any and all other relief to which Love's Travel Stops & Country Stores, Inc., Subway Worldwide, Inc. and Subway Worldwide Holdings, LLC may now or hereafter appear entitled.

Respectfully submitted,

s:\  Robert C. Rives, IV
Robert C. Rives, IV
DINSMORE & SHOHL, LLP
101 South 5th Street, Suite 2500
Louisville, KY 40202
Telephone:  (502) 540-2329
Fax:  502-581-8111
robert.rives@dinsmore.com

*Counsel for Defendants*
*Love's Travel Stops & Country Stores, Inc.,*
*Subway Worldwide, Inc. and*
*Subway Worldwide Holdings, LLC*

ANS : 000007 of 000008

Filed 19-CI-00060 06/05/2019 Tammy Trimble, Gallatin Circuit Clerk

## <u>CERTIFICATE OF SERVICE</u>

It is hereby certified that I electronically filed the foregoing *Answer* with the Clerk of the Court using the electronic filing system this 5th day of June, 2019, which will send notification of such filing to the following attorney(s) of record:

Kevin Pride, Esq.
Pride Law Office, PLLC
119 S. 7th St., Suite 400
Louisville, KY 40202

*Counsel for Plaintiff*

It is further certified that a true and correct copy of the foregoing *Answer* was mailed by first class mail, postage pre-paid, to the following:

Foldcraft Co. d/b/a Plymold
c/o Office of the Secretary of State
700 Capital Ave., Suite 86
Frankfort, KY 40601

s:\   Robert C. Rives, IV
*Counsel for Defendants*
*Love's Travel Stops & Country Stores, Inc.,*
*Subway Worldwide, Inc. and*
*Subway Worldwide Holdings, LLC*

NOT ORIGINAL DOCUMENT
06/11/2019 02:29:02 PM
25850-19

AOC-E-105      Sum Code: CI
Rev. 9-14



Case #: **19-CI-00060**

Commonwealth of Kentucky
Court of Justice      Courts.ky.gov

Court: **CIRCUIT**

County: **GALLATIN**

CR 4.02; Cr Official Form 1

# CIVIL SUMMONS

*Plantiff,* **ADAMS, LILLIAN VS. LOVE'S TRAVEL STOPS & COUNTRY STORES INC.**, *Defendant*

TO:  **CT CORPORATION SYSTEM**

 **306 W. MAIN STREET**

 **SUITE 512**

 **FRANKFORT, KY 40601**

Memo: Related party is LOVE'S TRAVEL STOPS & COUNTRY STORES INC.

The Commonwealth of Kentucky to Defendant:
**LOVE'S TRAVEL STOPS & COUNTRY STORES INC.**

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons.  **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Tammy Trimble*

Gallatin Circuit Clerk
Date: **5/12/2019**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

   Date: _____, 20_____

_____

Served By

_____

Title

Summons ID: @00000033107
CIRCUIT: 19-CI-00060 Certified Mail
ADAMS, LILLIAN VS. LOVE'S TRAVEL STOPS & COUNTRY STORES INC.



Page 1 of 1

Presiding Judge: HON. RICHARD A. BRUEGGEMANN (654349)

CI : 000001 of 000001

*eFiled*



NOT ORIGINAL DOCUMENT
06/11/2019 02:29:36 PM
25850-19

AOC-E-105        Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice        Courts.ky.gov

CR 4.02; Cr Official Form 1

**CIVIL SUMMONS**

Case #: **19-CI-00060**
Court: **CIRCUIT**
County: **GALLATIN**

---

*Plantiff,* **ADAMS, LILLIAN VS. LOVE'S TRAVEL STOPS & COUNTRY STORES INC.**, *Defendant*

TO:  **CORPORATION SERVICE COMPANY**
     **421 WEST MAIN STREET**
     **FRANKFORT, KY 40601**

Memo: Related party is SUBWAY WORLDWIDE INC.

The Commonwealth of Kentucky to Defendant:
**SUBWAY WORLDWIDE INC.**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Tammy Trimble*

Gallatin Circuit Clerk
Date: **5/12/2019**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20_____

_____
Served By

_____
Title

---

Summons ID: @00000033108
CIRCUIT: 19-CI-00060 Certified Mail
ADAMS, LILLIAN VS. LOVE'S TRAVEL STOPS & COUNTRY STORES INC.



Page 1 of 1

*Presiding Judge: HON. RICHARD A. BRUEGGEMANN (654349)*

CI : 000001 of 000001

eFiled



AOC-E-105      Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice      Courts.ky.gov

CR 4.02; Cr Official Form 1

**CIVIL SUMMONS**

Case #:  **19-CI-00060**
Court:  **CIRCUIT**
County:  **GALLATIN**

---

*Plantiff,* **ADAMS, LILLIAN VS. LOVE'S TRAVEL STOPS & COUNTRY STORES INC.**, *Defendant*

TO:  **CORPORATION SERVICE COMPANY**
 **421 WEST MAIN STREET**
 **FRANKFORT, KY 40601**

Memo: Related party is SUBWAY WORLDWIDE HOLDINGS LLC

The Commonwealth of Kentucky to Defendant:
**SUBWAY WORLDWIDE HOLDINGS LLC**

 You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Tammy Trimble*

Gallatin Circuit Clerk
Date: **5/12/2019**

---

## Proof of Service

 This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

 To: _____

☐ Not Served because: _____

 Date: _____, 20_____

 _____
 Served By

 _____
 Title

---

Summons ID: @00000033109
CIRCUIT: 19-CI-00060 Certified Mail
ADAMS, LILLIAN VS. LOVE'S TRAVEL STOPS & COUNTRY STORES INC.



Page 1 of 1

*Presiding Judge: HON. RICHARD A. BRUEGGEMANN (654349)*

*CI : 000001 of 000001*

eFiled



NOT ORIGINAL DOCUMENT
06/11/2019 02:28:31 PM
25850-19

AOC-E-105        Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice      Courts.ky.gov

CR 4.02; Cr Official Form 1

**CIVIL SUMMONS**

Case #: **19-CI-00060**

Court: **CIRCUIT**

County: **GALLATIN**

---

*Plantiff*, **ADAMS, LILLIAN VS. LOVE'S TRAVEL STOPS & COUNTRY STORES INC.**, *Defendant*

TO:   **FOLDCRAFT CO. D/B/A PLYMOLD**

   **14400 SOUTHCROSS DRIVE WEST**

   **BURNSVILLE, MN 55306**

The Commonwealth of Kentucky to Defendant:

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Tammy Trimble*

Gallatin Circuit Clerk
Date: **5/12/2019**

Presiding Judge: HON. RICHARD A. BRUEGGEMANN (654349)

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

   Date: _____, 20_____

_____
Served By

_____
Title

CI : 000001 of 000001

---

Summons ID: @00000033106
CIRCUIT: 19-CI-00060 Long Arm Statute – Secretary of State
ADAMS, LILLIAN VS. LOVE'S TRAVEL STOPS & COUNTRY STORES INC.



Page 1 of 1

**eFiled**

NOT ORIGINAL DOCUMENT
06/11/2019 02:26:31 PM
25850-19



| AOC-E-105     Sum Code: CI | | Case #: **19-CI-00060** |
|---|---|---|
| Rev. 9-14 | | |
| Commonwealth of Kentucky | | Court: **CIRCUIT** |
| Court of Justice    *Courts.ky.gov* | | County: **GALLATIN** |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | |

*Plantiff,* **ADAMS, LILLIAN VS. LOVE'S TRAVEL STOPS & COUNTRY STORES INC.**, *Defendant*

TO:  **LOVE'S TRAVEL STOPS & COUNTRY STORES INC.**

**10601 N. PENNSYLVANIA AVENUE**

**OKLAHOMA CITY, OK 73120**

Memo:  Registered Agent of Service exists.

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Tammy Trimble*

Gallatin Circuit Clerk
Date: **5/12/2019**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20 _____

_____
Served By

_____
Title

Summons ID: @00000033103
CIRCUIT: 19-CI-00060 Certified Mail
ADAMS, LILLIAN VS. LOVE'S TRAVEL STOPS & COUNTRY STORES INC.



Page 1 of 1

eFiled

*Presiding Judge: HON. RICHARD A. BRUEGGEMANN (654349)*

CI : 000001 of 000001

NOT ORIGINAL DOCUMENT
06/11/2019 02:27:07 PM
25850-19

AOC-E-105        Sum Code: CI
Rev. 9-14



Case #: **19-CI-00060**

Commonwealth of Kentucky
Court of Justice        *Courts.ky.gov*

Court: **CIRCUIT**

County: **GALLATIN**

CR 4.02; Cr Official Form 1

# CIVIL SUMMONS

---

*Plantiff,* **ADAMS, LILLIAN VS. LOVE'S TRAVEL STOPS & COUNTRY STORES INC.**, *Defendant*

TO:  **SUBWAY WORLDWIDE INC.**

**325 SUB WAY**

**MILFORD, CT 06461**

Memo:  Registered Agent of Service exists.

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons.  **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Tammy Trimble*

Gallatin Circuit Clerk
Date: **5/12/2019**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____ , 20 _____        _____

Served By

_____

Title

Presiding Judge: HON. RICHARD A. BRUEGGEMANN (654349)

CI : 000001 of 000001

Summons ID: @00000033104
CIRCUIT: 19-CI-00060 Certified Mail
ADAMS, LILLIAN VS. LOVE'S TRAVEL STOPS & COUNTRY STORES INC.



eFiled



NOT ORIGINAL DOCUMENT
06/11/2019 02:27:34 PM
25850-19

AOC-E-105          Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice      Courts.ky.gov

CR 4.02; Cr Official Form 1

Case #: **19-CI-00060**

Court: **CIRCUIT**

County: **GALLATIN**

# CIVIL SUMMONS

*Plantiff,* **ADAMS, LILLIAN VS. LOVE'S TRAVEL STOPS & COUNTRY STORES INC.**, *Defendant*

TO:   **SUBWAY WORLDWIDE HOLDINGS LLC**

   **325 SUB WAY**

   **MILFORD, CT 06461**

Memo:  Registered Agent of Service exists.

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons.  **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Tammy Trimble*

Gallatin Circuit Clerk
Date: **5/12/2019**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20_____

_____
Served By

_____
Title

Summons ID: @00000033105
CIRCUIT: 19-CI-00060 Certified Mail
ADAMS, LILLIAN VS. LOVE'S TRAVEL STOPS & COUNTRY STORES INC.

Page 1 of 1

Presiding Judge: HON. RICHARD A. BRUEGGEMANN (654349)

CI : 000001 of 000001



eFiled